# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00410-CV

### In re Roberto Garcia

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Roberto Garcia, an inmate in the Estelle Unit of the Texas Department of Criminal Justice (TDCJ), has filed a pro se original application for a writ of habeas corpus seeking release from confinement and naming as respondent Warden Anthony Newton. Having reviewed the application and the record provided, we dismiss the application for writ of habeas corpus for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

We have no jurisdiction to grant Garcia's requested relief. By statute, this Court's original habeas jurisdiction is limited to cases in which it appears that the restraint of liberty "is by virtue of an order, process, or commitment issued by a court or judge because of the violation of an order, judgment, or decree previously made, rendered, or entered by the court or judge in a civil case." *See* Tex. Gov't Code § 22.221. Article 11.07 of the Texas Code of Criminal Procedure grants the Court of Criminal Appeals exclusive and original jurisdiction to grant post-conviction habeas corpus relief from final felony convictions. *See, e.g., Texas Department of Criminal Justice v. Bovee*, 632 S.W.3d 244 (Tex. App.—Houston [1st Dist.] 2021, no pet.).

From Garcia's application to this Court, it appears that his confinement results from a felony conviction in *State of Texas vs. Roberto Garcia*, No. CR2023-255 (22nd Dist. Ct., Comal Cnty., Tex. Jun. 22, 2023), currently on appeal to this Court in cause no. 03-23-00390-CR.

Accordingly, we dismiss his petition for writ of mandamus for want of jurisdiction.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Filed:   July 3, 2025